IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SUSAN K. LOCHRIDGE,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )     1:04CV00661
                               )
CITY OF WINSTON-SALEM,         )
                               )
    Defendant.                 )

ORDER and JUDGMENT

OSTEEN, District Judge

    In this Standing Order 30 proceeding, the Magistrate Judge has recommended that the Defendant's Motion for Summary Judgment should be granted. The Plaintiff timely filed objections to the recommendation and Defendant timely responded.

    This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

    For the reasons set forth in the Magistrate Judge's recommendation of August 5, 2005, this court overrules the objections filed by the Plaintiff and the Motion for Summary Judgment should be granted.

    IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment [13] should be and is hereby granted and the Plaintiff's claims are dismissed with prejudice.

This the 15th day of September 2005.

_____
United States District Judge